# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

Serving Massachusetts, Maine,
New York & New Hampshire
Hours: Monday – Friday 9 am – 4 pm
www.dgandl.com

100 Cummings Center, Suite 225D
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

February 4, 2021

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Eugene O. Houle
40 New Portland Road
North Anson, ME 04958

**Certified Article Number**

9414 7266 9904 2150 8797 46

**SENDER'S RECORD**

Eugene O. Houle
691 Main Street
Kingfield, ME 04947

**Certified Article Number**

9414 7266 9904 2150 8797 39

**SENDER'S RECORD**

Wanda Houle
40 New Portland Road
Anson, ME 04958

**Certified Article Number**

9414 7266 9904 2150 8797 22

**SENDER'S RECORD**

Wanda Houle
266 High Street
Cumberland, RI 02864

**Certified Article Number**

9414 7266 9904 2150 8797 15

**SENDER'S RECORD**

Wanda Houle
6 West Avenue, Apt. 4
Pawtucket, RI 02860

**Certified Article Number**

9414 7266 9904 2150 8797 08

**SENDER'S RECORD**

Wanda Houle
691 Main Street
Kingfield, ME 04947

**Certified Article Number**

9414 7266 9904 2150 8796 92

**SENDER'S RECORD**

Wanda Houle
PO Box 10
Kingfield, ME 04947

**Certified Article Number**

9414 7266 9904 2150 8796 85

**SENDER'S RECORD**

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

EXHIBIT
J

Re: Property Address:     40 New Portland Road, North Anson, ME 04958
    Loan Number:
    Payment Due Date:     July 1, 2015

Dear Mortgagor:

   This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Planet Home Lending, LLC, the Mortgagee, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 and the Owner/Investor, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

   Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for HSBC Mortgage Corporation (USA) its successors and assigns (if MERs) dated October 31, 2007 and recorded in the Somerset County Registry of Deeds in Book 3932, Page 128 as modified by Loan Modification Agreement dated July 1, 2009 and recorded in Book 4205, Page 242. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

   An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Payments | $60,265.80 |
| Late Charges | $516.04 |

   **TOTAL TO CURE DEFAULT:**     $60,781.84

   A portion of the amount due is reasonable interest in the amount of $30,071.56.

   **The total amount due does not include any amounts that become due after the date of the notice.**

   You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $60,781.84 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Planet Home Lending, LLC, Payment Processing, 321 Research Parkway, Suite 303, Meriden, CT 06450. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the

mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Planet Home Lending, LLC at 203-427-0169 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1, the mortgage servicer, which is Planet Home Lending, LLC or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Planet Home Lending, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Planet Home Lending, LLC
Loss Mitigation Department/Loan Resolution
321 Research Parkway
Suite 303
Meriden, CT 06450
203-427-0169

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Planet Home Lending, LLC
Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1

by its attorney

John A. Doonan, Esq.
Reneau J. Longoria, Esq.

JAD/RJL/MNK
cc:  Client
       Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies
54533

This listing is current as of **12/17/2019**.

## Agencies located in MAINE

| | |
|---|---|
| **Agency Name:** | MAINE STATE HOUSING AUTHORITY |
| **Phone:** | 207-626-4670 |
| **Toll Free:** | 800-452-4668 |
| **Fax:** | 207-626-4678 |
| **Email:** | mdrost@mainehousing.org |
| **Address:** | 353 Water Street |
| | AUGUSTA, Maine 04330-4665 |
| **Counseling Services:** | - Pre-purchase Counseling |
| | - Rental Housing Counseling |
| **Languages:** | - English |
| **Affiliation:** | |
| **Website:** | www.mainehousing.org |
| **Agency ID:** | 81227 |

| | |
|---|---|
| **Agency Name:** | MAINE STATE HOUSING AUTHORITY |
| **Phone:** | 207-626-4670 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | mdrost@mainehousing.org |
| **Address:** | 353 Water St |
| | Augusta, Maine 04330-6113 |
| **Counseling Services:** | - Pre-purchase Counseling |
| | - Rental Housing Counseling |
| **Languages:** | - English |
| **Affiliation:** | MAINE STATE HOUSING AUTHORITY |
| **Website:** | http://www.mainehousing.org |
| **Agency ID:** | 84456 |

| | |
|---|---|
| **Agency Name:** | PENQUIS COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-974-2403 |
| **Toll Free:** | 888-424-0151 |
| **Fax:** | 207-973-3699 |
| **Email:** | hmassow@penquis.org |
| **Address:** | 262 Harlow Street |
| | BANGOR, Maine 04401-4952 |
| **Counseling Services:** | - Financial, Budgeting, and Credit Workshops |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.penquis.org |
| **Agency ID:** | 81649 |

| | |
|---|---|
| **Agency Name:** | MIDCOAST MAINE COMMUNITY ACTION |
| **Phone:** | 207-442-7963-0114 |
| **Toll Free:** | 800-221-2221 |
| **Fax:** | 207-442-0122 |
| **Email:** | theresa.dow@mmcacorp.org |
| **Address:** | 34 Wing Farm Pkwy |
| | Bath, Maine 04530-1515 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Rental Housing Counseling |
| | - Services for Homeless Counseling |
| **Languages:** | - English |
| | - Spanish |
| **Affiliation:** | |
| **Website:** | http://midcoastmainecommunityaction.org |
| **Agency ID:** | 80502 |

| | |
|---|---|
| **Agency Name:** | COASTAL ENTERPRISES, INCORPORATED |
| **Phone:** | 207-504-5900 |
| **Toll Free:** | 877-340-2649 |
| **Fax:** | |
| **Email:** | jason.thomas@ceimaine.org |
| **Address:** | 30 Federal Street |
| | Suite 100 |
| | BRUNSWICK, Maine 04011-1510 |

**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.celmaine.org
**Agency ID:** 80985

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:** 207-866-6553
**Email:** accounting@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** www.fourdirectionsmaine.org
**Agency ID:** 83879

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St
5th Floor
PORTLAND, Maine 04101-3427
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
- Spanish
**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org
**Agency ID:** 82632

**Agency Name:** PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 62 Elm St Ste 2
Portland, Maine 04101-3092
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
- French
- Other
- Swahili
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://prosperityme.org/
**Agency ID:** 80649

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:** - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.community-concepts.org
**Agency ID:** 81580

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

**WALZ CERTIFIED MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0119

Label #1
Eugene O. Houle
40 North Portland Road
North Anson, ME 04958

Label #2
Eugene O. Houle
40 North Portland Road
North Anson, ME 04958

Label #3
Eugene O. Houle
40 North Portland Road
North Anson, ME 04958

A  FOLD AND TEAR THIS WAY ➞ OPTIONAL

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**
9414 7266 9904 2150 8797 46

TEAR ALONG THIS LINE

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.05 | |
| Return Receipt (Hardcopy) | $ | 2/5/21 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | **Postmark Here** |
| Postage | $ .65 | |
| Total Postage and Fees | $ 7.70 | |

Sent to:

**Reference Information**

CS/MK Eugene O. Houle, Wanda Houle
54533

PS Form 3800, Facsimile, July 2015

---

B  Label #5 (OPTIONAL)

**Certified Article Number**
**SENDER'S RECORD**
9414 7266 9904 2150 8797 46

Label #4

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8797 49

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2150 8797 46

FOLD AND TEAR THIS WAY ➞

---

C  FOLD AND TEAR THIS WAY ➞

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8797 49

1. Article Addressed to:

Eugene O. Houle
40 North Portland Road
North Anson, ME 04958

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8797 46

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

**Reference Information**

CS/MK Eugene O. Houle, Wanda Houle
54533

PS Form 3811, Facsimile, July 2015

Thank you for using Return Receipt Service

Domestic Return Receipt



**WALZ CERTIFIED MAILER®**

**FROM**

# WALZ

FORM #45663 VERSION: E0119

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER
9414 7266 9904 2150 8797 39

Label #1

Eugene O. Houle
691 Main Street
Kingfield, ME 04947

Label #2

Eugene O. Houle
691 Main Street
Kingfield, ME 04947

Label #3

Eugene O. Houle
691 Main Street
Kingfield, ME 04947

TEAR ALONG THIS LINE

| | |
|---|---|
| Certified Mail Fee | $7.05 |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $.65 |
| Total Postage and Fees | $7.70 |

2/5/21

Postmark Here

Sent to:

**Reference Information**

CS/MK Eugene O. Houle, Wanda Houle
54533

PS Form 3800, Facsimile, July 2015

**A**   FOLD AND TEAR THIS WAY ⟶ OPTIONAL

---

**B**



Certified Article Number   SENDER'S RECORD

9414 7266 9904 2150 8797 39

Label #4

Label #5 (OPTIONAL)

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2150 8797 39

**Label #6 - Return Receipt Barcode (Sender's Record)**

9590 9266 9904 2150 8797 32

FOLD AND TEAR THIS WAY ⟶

---

**C**   FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8797 32

1. Article Addressed to:

Eugene O. Houle
691 Main Street
Kingfield, ME 04947

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8797 39

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

**Reference Information**

CS/MK Eugene O. Houle, Wanda Houle
54533

Thank you for using Return Receipt Service

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt

**WALZ**
**CERTIFIED**
**MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0119

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

| USPS® ARTICLE NUMBER |
| --- |
| 9414 7266 9904 2150 8797 22 |

Label #1

Wanda Houle
40 New Portland Road
Anson, ME 04958

| | | |
| --- | --- | --- |
| Certified Mail Fee | $7.05 | |
| Return Receipt (Hardcopy) | $ | 2/5/21 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | Postmark Here |
| Postage | $.65 | |
| Total Postage and Fees | $7.70 | |

Label #2

Wanda Houle
40 New Portland Road
Anson, ME 04958

Sent to:

— TEAR ALONG THIS LINE →

Label #3

Wanda Houle
40 New Portland Road
Anson, ME 04958

**Reference Information**

CS/MK Eugene O. Houle, Wanda
Houle
54533

PS Form 3800, Facsimile, July 2015

**A** - - - FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**B** Label #5 (OPTIONAL)

**Certified Article Number**  **SENDER'S RECORD**

9414 7266 9904 2150 8797 22

**Label #4**

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8797 25

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2150 8797 22

FOLD AND TEAR THIS WAY ⟶

**C** FOLD AND TEAR THIS WAY ⟶

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8797 25

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

Thank you for using Return Receipt Service

1. Article Addressed to:

Wanda Houle
40 New Portland Road
Anson, ME 04958

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8797 22

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent / ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

**Reference Information**

CS/MK Eugene O. Houle, Wanda Houle
54533

Thank you for using Return Receipt Service

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt

**WALZ CERTIFIED MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0119

## U.S. Postal Service®
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**
9414 7266 9904 2150 8797 15

Label #1

Wanda Houle
266 High Street
Cumberland, RI 02864

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.05 | 2/5/21 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | **Postmark Here** |
| Postage | $ .65 | |
| Total Postage and Fees | $ 7.70 | |

TEAR ALONG THIS LINE

**Sent to:**

Label #2

Wanda Houle
266 High Street
Cumberland, RI 02864

**Reference Information**

CS/MK Eugene O. Houle, Wanda Houle
54533

Label #3

Wanda Houle
266 High Street
Cumberland, RI 02864

PS Form 3800, Facsimile, July 2015

**A** ---- FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**B**

**Label #4**

**Certified Article Number**
9414 7266 9904 2150 8797 15

**SENDER'S RECORD**

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8797 18

**Label #7 - Certified Mail Article Number**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2150 8797 15

FOLD AND TEAR THIS WAY ⟶

**C** FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8797 18

1. Article Addressed to:

Wanda Houle
266 High Street
Cumberland, RI 02864

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8797 15

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery
**Reference Information**

CS/MK Eugene O. Houle, Wanda Houle
54533

Thank you for using Return Receipt Service

Domestic Return Receipt

**WALZ CERTIFIED MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0119

Label #1
Wanda Houle
6 West Avenue, Apt. 4
Pawtucket, RI 02864

Label #2
Wanda Houle
6 West Avenue, Apt. 4
Pawtucket, RI 02864

Label #3
Wanda Houle
6 West Avenue, Apt. 4
Pawtucket, RI 02864

A   FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER
9414 7266 9904 2150 8797 08

| | |
|---|---|
| Certified Mail Fee | $7.05 |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ .65 |
| Total Postage and Fees | $7.70 |

2/5/21

Postmark
Here

Sent to:

Reference Information

CS/MK Eugene O. Houle, Wanda Houle
54533

PS Form 3800, Facsimile, July 2015

TEAR ALONG THIS LINE

**B**

Label #4

Certified Article Number
9414 7266 9904 2150 8797 08
SENDER'S RECORD

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)
9590 9266 9904 2150 8797 01

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
**CERTIFIED MAIL®**
9414 7266 9904 2150 8797 08

FOLD AND TEAR THIS WAY ⟶

**C**   FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode
9590 9266 9904 2150 8797 01

1. Article Addressed to:

Wanda Houle
6 West Avenue, Apt. 4
Pawtucket, RI 02864

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8797 08

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery
Reference Information

CS/MK Eugene O. Houle, Wanda Houle
54533

Thank you for using Return Receipt Service

Domestic Return Receipt

**WALZ CERTIFIED MAILER®**

FROM

# WALZ

FORM #45663 VERSION: E0119

Label #1

Wanda Houle
691 Main Street
Kingfield, ME 04947

Label #2

Wanda Houle
691 Main Street
Kingfield, ME 04947

Label #3

Wanda Houle
691 Main Street
Kingfield, ME 04947

A  FOLD AND TEAR THIS WAY ⟶ OPTIONAL

# U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

### USPS® ARTICLE NUMBER
9414 7266 9904 2150 8796 92

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.05 | |
| Return Receipt (Hardcopy) | $ | 2/5/21 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | **Postmark Here** |
| Postage | $ .65 | |
| Total Postage and Fees | $ 7.70 | |

TEAR ALONG THIS LINE

**Sent to:**

**Reference Information**

CS/MK Eugene O. Houle, Wanda Houle
54533

PS Form 3800, Facsimile, July 2015

---

B

Label #4

**Certified Article Number**
9414 7266 9904 2150 8796 92
**SENDER'S RECORD**

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8796 95

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2150 8796 92

FOLD AND TEAR THIS WAY ⟶

---

C  FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8796 95

1. Article Addressed to:

Wanda Houle
691 Main Street
Kingfield, ME 04947

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8796 92

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

| A. Signature | |
|---|---|
| X | ☐ Agent ☐ Addressee |
| B. Received by (Printed Name) | C. Date of Delivery |

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

**Reference Information**

CS/MK Eugene O. Houle, Wanda Houle
54533

Thank you for using Return Receipt Service

Domestic Return Receipt

**WALZ
CERTIFIED
MAILER®**   FROM   # WALZ

FORM #45663 VERSION: E0119

Label #1

Wanda Houle
P.O. Box 10
Kingfield, ME 04947

Label #2

Wanda Houle
P.O. Box 10
Kingfield, ME 04947

Label #3

Wanda Houle
P.O. Box 10
Kingfield, ME 04947

**A** ---- **FOLD AND TEAR THIS WAY** ➝ OPTIONAL

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2150 8796 85

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.05 | |
| Return Receipt (Hardcopy) | $ | 2/5/21 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | **Postmark Here** |
| Postage | $ .65 | |
| Total Postage and Fees | $ 7.70 | |

TEAR ALONG THIS LINE

Sent to:

Reference Information

CS/MK Eugene O. Houle, Wanda Houle
54533

PS Form 3800, Facsimile, July 2015

---

**B**

**Label #4**

**Certified Article Number**

9414 7266 9904 2150 8796 85

**SENDER'S RECORD**

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8796 88

**Label #7 - Certified Mail Article Number**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2150 8796 85

---- **FOLD AND TEAR THIS WAY** ➝

---

**C** ---- **FOLD AND TEAR THIS WAY** ➝

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8796 88

1. Article Addressed to:

Wanda Houle
P.O. Box 10
Kingfield, ME 04947

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2150 8796 85

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

CS/MK Eugene O. Houle, Wanda Houle
54533

Thank you for using Return Receipt Service

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, February 8, 2021 3:31 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Julie Kwilos,
JKwilos@planethomelending.com
585&#8208;512&#8208;1050
321 Research Parkway
Meriden, CT 06450


-----
Consumer Information
-----

Consumer First name:Eugene
Consumer Middle Initial/Middle Name: O.
Consumer Last name:Houle
Consumer Suffix:
Property Address line 1:400 New Portland Road Property Address line 2:
Property Address line 3:
Property Address City/Town:North Anson
Property Address State:
Property Address zip code:04958
Property Address County:Somerset


-----
Notification Details
-----

Date notice was mailed:2/5/2021
Amount needed to cure the default:60781.84 Consumer Address line 1:400 New Portland Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:North Anson
Consumer Address State:ME
Consumer Address zip code:04958

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, February 8, 2021 3:33 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Julie Kwilos,
JKwilos@planethomelending.com
585&#8208;512&#8208;1050
321 Research Parkway
Meriden, CT 06450


-----

Consumer Information

-----


Consumer First name:Eugene
Consumer Middle Initial/Middle Name: O.
Consumer Last name:Houle
Consumer Suffix:
Property Address line 1:40 New Portland Road Property Address line 2:
Property Address line 3:
Property Address City/Town:North Anson
Property Address State:
Property Address zip code:04958
Property Address County:Somerset


-----

Notification Details

-----


Date notice was mailed:2/5/2021
Amount needed to cure the default:60781.84 Consumer Address line 1:691 Main Street Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Kingfield
Consumer Address State:ME
Consumer Address zip code:04947

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, February 8, 2021 3:38 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Julie Kwilos,
JKwilos@planethomelending.com
585&#8208;512&#8208;1050
321 Research Parkway
Meriden, CT 06450


-----
Consumer Information
-----

Consumer First name:Wanda
Consumer Middle Initial/Middle Name:
Consumer Last name:Houle
Consumer Suffix:
Property Address line 1:40 New Portland Road Property Address line 2:
Property Address line 3:
Property Address City/Town:North Anson
Property Address State:
Property Address zip code:04958
Property Address County:Somerset


-----
Notification Details
-----

Date notice was mailed:2/5/2021
Amount needed to cure the default:60781.84 Consumer Address line 1:6 West Avenue, Apt. 4 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Pawtucket
Consumer Address State:RI
Consumer Address zip code:02860

1

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, February 8, 2021 3:34 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Julie Kwilos, JKwilos@planethomelending.com

585&#8208;512&#8208;1050

321 Research Parkway

Meriden, CT 06450

-----

Consumer Information

-----

Consumer First name:Wanda

Consumer Middle Initial/Middle Name:

Consumer Last name:Houle

Consumer Suffix:

Property Address line 1:40 New Portland Road Property Address line 2:

Property Address line 3:

Property Address City/Town:North Anson

Property Address State:

Property Address zip code:04958

Property Address County:Somerset

-----

Notification Details

-----

Date notice was mailed:2/5/2021

Amount needed to cure the default:60781.84 Consumer Address line 1:40 New Portland Road Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:North Anson

Consumer Address State:ME

Consumer Address zip code:04958

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, February 8, 2021 3:35 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Julie Kwilos, JKwilos@planethomelending.com
585&#8208;512&#8208;1050
321 Research Parkway
Meriden, CT 06450


-----

Consumer Information

-----

Consumer First name:Wanda
Consumer Middle Initial/Middle Name:
Consumer Last name:Houle
Consumer Suffix:
Property Address line 1:40 New Portland Road Property Address line 2:
Property Address line 3:
Property Address City/Town:North Anson
Property Address State:
Property Address zip code:04958
Property Address County:Somerset


-----

Notification Details

-----

Date notice was mailed:2/5/2021
Amount needed to cure the default:60781.84 Consumer Address line 1:266 High Street Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Cumberland
Consumer Address State:RI
Consumer Address zip code:02864

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, February 8, 2021 3:39 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Julie Kwilos, JKwilos@planethomelending.com
585&#8208;512&#8208;1050
321 Research Parkway
Meriden, CT 06450

-----
Consumer Information
-----

Consumer First name:Wanda
Consumer Middle Initial/Middle Name:
Consumer Last name:Houle
Consumer Suffix:
Property Address line 1:40 New Portland Road Property Address line 2:
Property Address line 3:
Property Address City/Town:North Anson
Property Address State:
Property Address zip code:04958
Property Address County:Somerset

-----
Notification Details
-----

Date notice was mailed:2/5/2021
Amount needed to cure the default:60781.84 Consumer Address line 1:691 Main Street Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Kingfield
Consumer Address State:ME
Consumer Address zip code:04947

# Matthew Kelly

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, February 8, 2021 3:40 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Julie Kwilos, JKwilos@planethomelending.com
585&#8208;512&#8208;1050
321 Research Parkway
Meriden, CT 06450


-----
Consumer Information
-----

Consumer First name:Wanda
Consumer Middle Initial/Middle Name:
Consumer Last name:Houle
Consumer Suffix:
Property Address line 1:40 New Portland Road Property Address line 2:
Property Address line 3:
Property Address City/Town:North Anson
Property Address State:
Property Address zip code:04958
Property Address County:Somerset


-----
Notification Details
-----

Date notice was mailed:2/5/2021
Amount needed to cure the default:60781.84 Consumer Address line 1:PO Box 10 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Kingfield
Consumer Address State:ME
Consumer Address zip code:04947